# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MATTHEW A. JOHNSON  
P.O. BOX 110  
KIRKLAND, IL  60146  

SSN-xxx-xx-5789

Case Number: 05-70646

Case filed on: 2/18/2005  
Plan Confirmed on: 6/15/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $15,419.21   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 94.00 | 94.00 | 94.00 | 0.00 |
| | Total Administration | 94.00 | 94.00 | 94.00 | 0.00 |
| 000 | ATTORNEY JACQUELINE MONTVILLE | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 004 | PEOPLES MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DEPT. OF TREASURY - IRS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 3,378.24 | 3,378.24 | 3,378.24 | 0.00 |
| | Total Priority | 3,378.24 | 3,378.24 | 3,378.24 | 0.00 |
| 999 | MATTHEW A. JOHNSON | 0.00 | 0.00 | 151.43 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 151.43 | 0.00 |
| 001 | OLD REPUBLIC INSURANCE CO | 21,382.26 | 0.00 | 0.00 | 0.00 |
| 002 | MERS, INC | 14,543.03 | 4,238.62 | 4,238.62 | 0.00 |
| 003 | MERS, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 35,925.29 | 4,238.62 | 4,238.62 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 131.69 | 131.69 | 131.69 | 0.00 |
| 007 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BENEFICIAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ATTORNEY ROBERT STEELE | 645.49 | 396.31 | 396.31 | 0.00 |
| 013 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECO WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | I.C. SYSTEM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | KIRKLAND COMMUNITY FIRE DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | KIRKLAND PLUMBING & HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 2,302.94 | 2,302.94 | 2,302.94 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 385.10 | 385.10 | 385.10 | 0.00 |
| 022 | RRCA ACCOUNTS MANAGEMENT | 239.50 | 239.50 | 239.50 | 0.00 |
| 023 | WAL-MART STORES, INC | 61.31 | 61.31 | 61.31 | 0.00 |
| 024 | RRCA ACCOUNTS MANAGEMENT | 350.00 | 350.00 | 350.00 | 0.00 |
| | Total Unsecured | 4,116.03 | 3,866.85 | 3,866.85 | 0.00 |
| | Grand Total: | 46,213.56 | 14,277.71 | 14,429.14 | 0.00 |

Total Paid Claimant:      $14,429.14  
Trustee Allowance:         $990.07  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008             By  /s/Heather M. Fagan